October 31, 1974

Abel Appeal.

Before MONROE, J.

Argued September 12, 1974. *Paul Laskow,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for appellee.

Order affirmed.

Appleton *v.* Scranton Parking Authority, Appellant.

Before WALSH, J.

Argued September 13, 1974. *Thomas P. Kennedy,* for appellant; *Joseph A. Murphy,* with him *Lenahan, Dempsey & Murphy,* for appellee.

Order affirmed.